M. VAN SMITH (SBN 32007)
mvsmith@sbcglobal.net
1696 Mendenhall Drive
San Jose, CA  95130
Telephone:  (408) 364-1062

Attorney for Plaintiff
HAN LI aka HANNAH LAMBRUSCHINI

SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202)
fortman@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, CA  94105-2930
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

SEYFARTH SHAW LLP
Sophia S. Kwan (SBN 257666)
skwan@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:     (916) 448-0159
Facsimile:      (916) 558-4839

Attorneys for Defendants
EBAY INC. and PAYPAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAN LI, aka HANNAH LAMBRUSCHINI, | Case No. CV 12-06121 CRB |
| Plaintiff, | **STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER** |
| v. | |
| MINDLANCE, INC., a corporation, EBAY, INC., a corporation, PAYPAL, INC., a corporation, | |
| Defendants. | Complaint Filed:  12/3/2012 |

Pursuant to Northern District Civil Local Rules 6-1, 7-12, 16-2(e), Plaintiff Han Li, a.k.a. Hannah Lambruschini and defendants eBay Inc. and PayPal, Inc. (collectively the "Parties"), by and through their counsel of record, stipulate and agree as follows:

1

STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

15291602v.1

1  WHEREAS the Case Management Conference in this matter is currently scheduled for
2  March 15, 2013 at 8:30 a.m.;
3  WHEREAS defendant Mindlance has not appeared in this action and, on information and
4  belief, the last day for defendant Mindlance to file its first responsive pleading is on or about
5  March 25, 2013;
6  NOW THEREFORE the Parties respectfully request that the initial Case Management
7  Conference, and all associated deadlines, be continued from March 15, 2013 to May 3, 2013 or
8  thereafter.
9  IT IS SO STIPULATED.

DATED: February 21, 2013                              Respectfully submitted,

                                                      SEYFARTH SHAW LLP


                                                      By:    /s/ Sophia Kwan
                                                          Francis J. Ortman III
                                                          Sophia Kwan
                                                          Attorneys for Defendants
                                                          EBAY INC. and PAYPAL, INC.


DATED:  February 21, 2013


                                                           /s/ M. Van Smith
                                                          M. Van Smith
                                                          Attorney for Plaintiff
                                                          HAN LI aka HANNAH LAMBRUSCHINI

**ORDER**

Good cause appearing, the Case Management Conference currently scheduled for March 15, 2013 is continued to May 3, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: Feb. 22, 2013

_____
Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer