1  M. VAN SMITH (SBN 32007)
   mvsmith@sbcglobal.net
2  1696 Mendenhall Drive
   San Jose, CA  95130
3  Telephone:  (408) 364-1062

4  Attorney for Plaintiff
   HAN LI aka HANNAH LAMBRUSCHINI
5
   SEYFARTH SHAW LLP
6  Francis J. Ortman III (SBN 213202)
   fortman@seyfarth.com
7  Sophia S. Kwan (SBN 257666)
   skwan@seyfarth.com
8  400 Capitol Mall, Suite 2350
   Sacramento, California  95814-4428
9  Telephone:     (916) 448-0159
   Facsimile:     (916) 558-4839
10
   Attorneys for Defendants
11 EBAY INC. and PAYPAL, INC.

12 BRAGG & KULUVA
   Clarice C. Liu (SBN 160555)
13 ccliu@braggkuluva.com
   Embarcadero Center West
14 275 Battery Street, Suite 1100
   San Francisco, CA  94111
15 Telephone:  (415) 273-6500
   Facsimile:  (415) 273-6535
16
   Attorneys for Defendant
17 MINDLANCE, INC.

18              UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20 HAN LI, aka HANNAH LAMBRUSCHINI,          Case No. CV 12-06121 CRB

21              Plaintiff,                   **STIPULATED REQUEST FOR
                                             CONTINUANCE OF CASE
22        v.                                 MANAGEMENT CONFERENCE AND
                                             ORDER**
23 MINDLANCE, INC., a corporation, EBAY,
   INC., a corporation, PAYPAL, INC., a
24 corporation,

25              Defendants.                  Complaint Filed:  12/3/2012

26

27

28
                                 1
   STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND
                            [PROPOSED] ORDER
   16098093v.1

1    Pursuant to Northern District Civil Local Rules 6-1, 7-12, 16-2(e), Plaintiff Han Li, a.k.a.

2    Hannah Lambruschini and defendants Mindlance Inc., eBay Inc. and PayPal, Inc. (collectively

3    the "Parties"), by and through their counsel of record, stipulate and agree as follows:

4
5        WHEREAS the Case Management Conference in this matter is currently scheduled for

     September 13, 2013 at 8:30 a.m.;
6
7        WHEREAS the Parties participated in a Settlement Conference before Magistrate Judge

     Spero on August 15, 2013;
8
9        WHEREAS the Parties reached a settlement on August 15, 2013 and are in the process of

     finalizing the terms of the settlement;
10
11       WHEREAS the Parties anticipate that a stipulated request for dismissal with prejudice

     will be filed with this Court within the next 60 days, if not sooner;
12
13       NOW THEREFORE the Parties respectfully request that the Case Management

     Conference, and all associated deadlines, be continued from September 13, 2013 to November 8,
14
     2013, or thereafter.
15
        **IT IS SO STIPULATED.**
16
     DATED: September 4, 2013                    Respectfully submitted,
17
                                                 SEYFARTH SHAW LLP
18

19
                                                 By: ____/s/ Sophia Kwan_____
20                                                   Francis J. Ortman III
                                                     Sophia Kwan
21                                                   Attorneys for Defendants
                                                     EBAY INC. and PAYPAL, INC.
22

23   DATED:  September 4, 2013

24

25                                                   /s/ M. Van Smith_____
                                                     M. Van Smith
26                                                   Attorney for Plaintiff
                                                     HAN LI aka HANNAH LAMBRUSCHINI
27

28
                                          2
     ─────────────────────────────────────────────────────
     STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND
                              [PROPOSED] ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  September 4, 2013                /s/ Clarice C. Liu
                                              Clarice C. Liu
                                              Attorney for Defendant
                                              Mindlance, Inc.

## **ORDER**

       Good cause appearing, the Case Management Conference currently scheduled for

September 13, 2013 is continued to November 8, 2013, at 8:30 a.m..

       PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 6, 2013

                             Honorable Charles R. Breyer
                             United States District Judge

3